ENRIQUE ZAMORA SANCHEZ A#90-547-562
I.C.E. EL CENTRO PRCESSING CENTER
1115 North Imperial Avenue
EL CENTRO, CA 92243-1739

Thi is my second letter,
I'm sending you.

March. -12 -2008

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
SAN FRANCISCO, CALIFORNIA  94102

RE: *CHANGE OF ADDRESS AND LOCATION*       07-2701 JSW

To Whom It May Concern:

My name is Enrique Zamora Sanchez, Alien No#90-547-562; I.C.E EL CENTRO PROCESSING CENTER, EL CENTRO, CA 92243-1739, is currently detaining me. I finished doing my term and I am no longer incarcerated at Sierra Conservation Center Prison, 5150 O´BRYNES FERRY RD. JAMESTOWN, CA 95327. There is a case currently pending with your office and you are in possession of court documents case NO# F06458 & WO5297. Can you please let me know the progress of my case? Since I'm no longer at the other location would you kindly redirect and mail the case documents and any responses to my mothers address, her name is Mrs. Oliva Franco Sanchez, 295 San Andreas Rd. Apt #306, Watsonville, CA 95076. Thank you kindly. Your time and patience in this matter are highly appreciated.

Respectfully submitted,

*Enrique Zamora Sanchez*
ENRIQUE ZAMORA SANCHEZ.

My C.D.C NO# V-09866

Marzo-10- 2008

Mi nombre es Enrique Zamora Sanchez les escribo estas cuantas letra para testi
ficar sobre lo que paso en el dia primero de Enero del ano 2003.Ese dia por la
manana como alas 8;30 de la manana uno de mis hijos que se llama Angel me dijo
o pidio que sacara un carrito Go Cart, para que los paciara a el y a Enrique y
Joanna ya Julissa ya que son mis cuatro hijos son 2 hijos y 2 hijas y yo le di
je que mas tarde lo sacaba y como alas 11;00 de la manana me bolbio a decir an
dale papi saca el carrito para  que nos pacies, entonces yo mire que estaba el
dia muy bonito y pense boy a sacar el carrito para paciarlos,este carrito Go C
art lo sacaba cada dos semanas para pasiar a mis hijos y hijas,este carrito es
taba nuevo y era muy pequeno que lo guardaba en un pequeno cuarto que tenia de
socupado en el apartamento, ese dia despues de que saque el carrito para afuer
a del cuarto llego el nino Jesus amiguito de mis hijos y sele subio al carrito
en la parte de atras, yo le dige que se bajara por que luego podia caerce y el
nino se puso a llorar y se agarro de los tubos del carrito y no se queria baja
r, pero yo de todas maneras lo abage a un que me senti muy mal,por que se qued
o llorando yo le dige a el que despues de que mirara a sus papas les hiba a pe
dir permiso para paciarlo a el, y ya empese a paciar a mis cuatro hijos y hija
s empesando con mi hija Julissa la mas pequena , y en el transcurso del dia es
te nino Jesus andubo llorando corriendo tras el carrito queriendo que lo pasia
ra tambien a el,recuerdo que cada vez que bajaba a uno de mis hijos o hijasest
e ninoJesus se le subia pronto al carrito en la parte de atras y se hagarraba
fuerte de los tubitos del carrito, yo de todas maneras lo abajaba a un que se
que quedaba llorando, recuerdo que en el transcurso del dia como alas 2;30 ala
s tres  de la tarde un tio del nino Jesus y un vecino me pidieron este carrito
para paciar a sus hijos y hijas, durante el tiempo que ellos estaban usando es
te carrito para pasiar a sus ninos ,yo mire a un senor que se llama Erlindo pe
ro le dicen lino este senor no vive alli pero seguido va a vicitat al abuelo d
el nino Jesus,  y este senor ese dia estaba tomando cervesa y ya andaba un poc
o tomado, yo lo mire y se me iso facil irme para donde estaba el mientras me r
egresaban el carrito para atras,tengo entendido que un senor que se llama Juaq
uin y su hija le dijieron al oficial ese dia que me habian visto a mi tomando
cerveza junto con el senor lino, y eso no es cierto por que nosotros los que v
ivemos en esos apartamentos tenemos estrictamente proibido el andar tomando fu
era de los apartamentos o en los parquiaderos de los carros que fue donde tube
el desafortunado accidente ese dia. Despues deque me regresaron el carrito par
a atra estas dos personas,ya como alas cuatro de la tarde que estaba yo subien
do a mi hija Joanna al carrito, este nino  Jesus se hecho a correr otra vez y
se le subio al carrito rapido, yo le estaba diciendo que se bajara cuando de p
ronto hiba pasando su Mama y lo llamo le dijo Jesus bajate de ese carrito y ve
nte para aca entonces el nino se agarro mas fuerte de los tubos del carrito y
se solto llorando mas fuerte,entonces yo mire a su Mama y le dige por fabor de
jeme darle una buelta a su nino pues a estado llorando todo el dia tras el car
rito queriendo que lo pasie, y la Mama ya no me dijo nada entonces ya abaje a
mi hija Joanna del aciento y subi al nino Jesusle puse el cinturon  de segurid
ad, y le di al carrito para la parte de abajo iendo para donde esta la carrete
ra nacional y antes de llegar a ella me regrese para atras y le di al carrito
para donde esta la oficina de los apartamentos, recuerdo que cuando bolbi apas
ar cercas de donde estaba la Mama del nino, ella estaba contenta sonriendo de
ver a su hijo Jesus paciandose en el carrito, despues que llegue alla por dond
e esta la oficina de los apartamentos que es donde siempre daba yo la buelta
para atras, donde esta un tablero de basket bool en esta ocacion no podia dar
la buelta por que estaba parquiada una troca o suburban negra.entonces se me h
iso facil dar la buelta antes de llegar ala suburban ya que el carrito estaba
muy pequeno y pense que si podia dar la buelta en esa parte del camino pero de
safortunadamente no fue asi.

Ya que le alcance a pegar a un veiculo que estaba parquiado a un lado del camino, fue cuando entonces mi nina Joanna se agrro llorando ya que ella hiba centada donde antes estaba el nino Jesus centado en la parte de atras del carrito, entonces yo mire alnino Jesus yle quite el cinturon y le dige bajate mi hijo y vete para tu casa con tu Mama y ya el nino se abajo y se fue caminando como si nada hubiera pasado, entonces ya yo subi a mi hija Joanna al aciento del carrito le puse su cinturon y nos fuimos para el apartamento, recuerdo que cuando hiba para el apartamento pase al nino Jesus que hiba caminando por arriba de la banqueta como si nada hubiera pasado, despues llegue al apartamento y ya le puse unos curitas a mi nina Joanna y ya al ratito andaba jugando como si nada hubiera pasado con sus demas hermanos,despues me sente en el sofa  a mirar las noticias en la televicion, y de pronto medio sed y me pare y fui al refrijerador y alli yo tenia tres cervesasdos2coors de 32onzas y una Budwiser de 12 onzas que me habia regalado un senor que se llama Samuel, y que ese dia estaba tambien de vicita, y que en una buelta que di el me paro y me la dio y yo me la llebe para el apartamento, en el transcurso que yo me tome estas 3 cervezas se hicieron como las 8;45 a 9;00 de la noche, entonces tocaron ala puerta y mi hijo Angel fue y abrio la puerta y un oficial de polecia se metio al apartamento sin pedir permiso, a mi me sorprendio mucho al verlo y al instante le pregunte que que se le ofrecia y el me contesto que si yo era Enrique Zamora y yo le conteste que si porque? y el me pregunto que si yo habia estado dando raite a unos ninos mas temprano en un Go Cart,y yo le conteste que si por que? y ya el me pregunto que si yo le habia pegado a un carro que estaba parquiado, y yo le conteste que si pero que no habia pasado nada, y el me dijo que al nino que yo estaba dando raite mas temprano estaba en el ospital que se habia puesto malo fue muy grande la sorpresa que yo me llebe al escuchar esto, por que ni tantito me paso por la mente que el nino Jesus se hubiera lastimado, ya que cuando paso el desafortunado accidente el nino no mostro ni dio senales de que se alla lastimado, por que si yo hubiera mirado onotado que el nino Jesus se hubiera lastimado, yo mismo lo hubiera llebado a que lo biera un doctor en el ospital, Osi sus Papas me hubieran abisado que el nino se abia lastimado, yo los hubiera acompanado a llebar al nino al Ospital, y asi no me hubiera puesto a tomarme las cervezas que tenia en la casa, ahora mi pregunta es y asido el por que los Papas del nino no me abisaron en cuanto llego el nino ala casa, ya que ellos son mis vecinos pues viven a tres puertas de donde vivo yo, ademas yo siempre he tenido muy buena comunicacion con esa familia. O sera que el nino Jesus se lastimo en otra parte? por que les buelbo a repetir ya habian pasado 5;00 cinco horas de que yo le habia pegado a ese veiculo, y el nino Jesus se habia hido c para su casa como si nada hubiera pasado, despues de todo esto cuando yo estaba platicando con el oficial, que por cierto creo que se apellide Cerbantes, el me olio a halcool y me pregunto que si yo habia estado tomando cerveza, y yo l le conteste que si pero asta despues de que llegue con elcarrito Go Cart ala casa, y fue cuando el me dijo estas arrestado, que por cierto yo ya habia tenido problemas con este oficial y con uno de sus companeros, ya que yo les gane en una ocacion un Juicio o Jurado anos atras.

Después de que este oficial me puso las esposas y me subió ala patrulla en el asiento de atrás, dejo la puerta abierta y se fue a platicar con unas mujeres que iban pasando. Entonces en ese momento llego mi medio hermano Eduardo el cual yo no había visto durante todo el día hasta esa hora que llego, como alas 9 de la noche y se me arrimo y me pregunto que que estaba pasando y me dijo fíjate con quien esta platicando el oficial talvez esas mujeres te están poniendo en mal. Entonces el oficial dejo de platicar con las mujeres y se fue caminado con mi hermano y estuvo platicando con el en ingles. Después el policía me llevo al condado de Santa Cruz y cuando me bajo de su patrulla me pregunto que si quería yo hablar algo para ponerlo en el reporte. Yo le dije que no porque tengo entendido que lo que uno habla lo pueden usar en su contra. Entonces el me dijo que mi hermano Lalo le había dicho que me había mirado tomado mas temprano y que me había dicho que me metiera para el apartamento que porque luego podía tener un accidente. Cuando el policía me dijo esto, me quede sorprendido por lo que le abia dicho mi hermano porque yo no lo había mirado a el en todo el día. Lo que paso fue que el no pensó antes de hablar lo que iba a decir. Talvez pensó que me estaba haciendo un bien pero fue todo lo contrario. Cuando yo le pregunte a Lalo que porque el había dicho esto si yo no lo había mirado durante todo el día, el me contesto que no pensado en lo que dijo, que penso hacerme un bien y fue todo lo contrario. En las primeras cortes que tuve, la abogada Martha Cadlone que el condado me asigno, y que trabaja para el condado me decía que me iba a sacar bajo palabra, pero el fiscal desde la primera corte dijo que el me iba a mandar a prisión. Después fue pasando el tiempo y la abogada me dijo que por lo que había dicho mi hermano Lalo al policía y que estaba en el reporte, no me convenía irme a un juicio jurado que porque podían darme tres strikes y hasta 12 años si perdíamos, mas sin embargo yo le dije que nos fuéramos al jurado porque yo no iba a decir de que andaba tomando cuando no era cierto. Ella me decia que anduviera tomado o no ellos sabían que habia sido un accidene involuntariamente desafortunado, porque traiba tambien a mi niño. Entonces yo le dije a la abogada que nos fueramos al juicio jurado, de todas maneras y ya ella le dijo al juez y al fiscal y pusieron la fecha para empezar este juicio y cuando se llego el dia de la fecha para empezar el juicio la abogada me dijo que lo habian <u>cancelado</u> que porque ella se hiba a sentar con el juez a platicar a ver si llegaban a un acuerdo.

Después de unos cuantos dias fue a verme la abogada y me dijo que ya habia hablado con el juez y que el juez le dijo que ya no queria gastar mas tempo en mi caso y que si yo me daba por culpable o no contes que es lo mismo, podia salir bajo probacion o con un año de condado, hasta me dijo que me hiban a mandar a un Rancho que se llama el Farm para que cumpliera alli el ano, pues ya me faltaban como 2 o 3 meses y que podia estar saliendo a trabajar nada mas hiba a estar iendo a dormir en este rancho. Todavía el dia de la corte por la manana antes de entrar al cuarto donde estaba el juez yo mire a la abogada y le volví a preguntar que si estaba segura de que si declaraba no contest iba yo a salir bajo probación o con un ano a lo mucho y que me´ban a mandar a ese rancho para poder salir a trabajar y asi poder aydar a mi familia, y ella me volvio a decir que si pero que me hiban a mandar hasta que me sentenciaran y yo me crei de ella confie en ella. Ese mismo dia me declare no contest después de dos meses me senteciaron a 6 largos anos con el 85% por siento, y no como me dijo la abogada que me hablo de salir bajo probación o con un ano de condado. Puras mentira de la abogada Martha Cadlone. Recuerdo que ese dia que me sentenciaron yo no eschuche cuando el interprete me haya dicho que me abian sentenciado a 6 anos, si no que yo mas bien mire que la gente ya se estaba levantando y mi familia tambien. Entonces fue cuando pense que ya se habia terminado el proceso. Entonces me levante y le pregunte a la abogada que cuanto tiempo me habian dado y ella me contesto que 6 anos con el 85% . fue tan grande mi sorpresa y ya que yo estaba seguro que me hiban a dejar salir bajo

probación o por lo mucho un ano a si como ella me lo habia prometido y dicho varias veces. Después de que me recupere un poco de esta noticia yo le reclame y le dije que ella me habia hablado de un ano y probación. Y ella me dijo hay no, yo al rato boy a mirarte y ya mas tarde ella fue a visitarme junto con su investigadora, y lo primero que hice en cuanto la mire fue el preguntarle el porque habia permitido que me dieran tanto tiempo, y ella lo que me contesto fue hay no yo no pude hablar ni una palabra de tan enojada que estaba, y es que lo que paso fue de que el fiscal ya tenia manupulado al juez y ya estaban de acuerdo en el tiempo que me iban a dar.

Ya ellos estaban de acuerdo en el tiempo que te hiban a dar y tambien ellos te pusieron de ejemplo para los que toman y manejan borrachos. Y también la prensa los estaba presionando mucho. Esta fue la respuesta que la abogada me dio. Entonces yo le dije a ella que porque a mi me ponían de ejemplo habiendo tantas personas que si toman y manejan tomadas y que además yo no estaba tomado cuando andaba pasiando a mis hijos e hijas mucho menos cuando le andaba dando raite al niño Jesús y que además yo no andaba manejando un carro grande y tampoco andaba en la carretera nacional. Le dije yo a la abogada que no aceptaba el tiempo que me habian dado que por favor metiera una apelación para apelar, y ella me contesto que si la iba a meter pero que necesitaba unos cuantos dias que si me movían para otro lugar le mandara yo la dirección para que me mandara el papeleo de la apelación. En esos dias me mobieron para recepción de San Quentin, y lo primero que hice cuando llegue fue escribirle a ella mandándole la dirección le mande 2 or 3 cartas preguntándole como hiba lo de la apelación y ella no me contesto ninguna de mis cartas. Después me movieron para la prisión de Jamestown y le volvi a escribir dos cartas y tampoco me las contesto. Después alguien me dijo que metiera por mi cuenta la petición de apelación y fue lo que hice pero me la negaron por que ya habia dejado pasar mucho tiempo. Después me recomendaron que llenara una "Habeas Corpus" y les explicara mi situación y si la llene y la mande a varios lugares donde tambien me la negaron y ahorita tienen las formas de Heabeas Corpus que e estado mandando en The Supreme Court ala dirección de
Ofice of the Clerk, U.S. District Court
Northern Distric of California
450 Golden Gate Ave
San Francisco, CA 94102

Ahorita me encuentro en el centro de California peliando mis papeles ya que me quieren deportar por una felonia agravante que según me dieron en el condado de Santa Cruz, cuando la abogada me dijo que lo mío habia sido desafortunadamente un accidente no intencionado ya que traía con migo a mi hija Joanna, ademas la abogada nunca me dijo que hiba hacer una felonia ni tampoco me dijo que el fiscal iba a mirar mi record de 13 a 15 anos para atrás, ni tampoco me dijo que el fiscal iba a usar en contra mia mi record pasado para perjudicarme mas ahora que me declarara por no Contest. Tampoco me dijo que podian mandarme a prisión por 6 años con el 85%. Ni me dijo queme iban a cobrar todo ese dinero que me estan cobrando, y que ya abia pagado la medical al hospital. Ya me vino diciendo después de que me declare por no Contest, y después de que me sentenciaron, además yo le dije a la abogada que le dijera al juez que yo no le iba a pagar todo ese dinero, y ella me dijo que ya se lo abia dicho al juez y que el juez ya sabia.

1. En primer lugar yo nunca acepte los 6 anos con el 85% que me dieron , ni tanpoco el pagar ese dinero que me estan cobrando, por esta misma razon yo en ningun momento les firme ningun papel ni en la corte ni en el Condado.

2. En segundo lugar la abogada me hecho mentiras al decirme que si me declaraba no Contes, hiba yo asalir bajo probacion o con un ano de condado, ya que me faltaban como dos mesez para cumplir el ano en el condado.

3. En tercer lugar yo no andaba tomando cuando andaba pasiando a mis 4 hijos y hijas y al nino Jesus, por que los apartamentos donde vivemos son nuevos y tenemos muy estrictamente proibido el andar tomando fuera de los apartamentos o en los parquia deros de los carros.

4. En cuarto lugar yo no andaba manejando un carro grande, ni tampoco andaba en la carretera nacional, y cuando le pegue al veiculo que estaba parquiado, no fue tan fuerte el golpe pues mi nina Joanna no se callo y el nino Jesus se abajo del carrito Go Cart y se fue caminando como si nada hubiera pasado para su casa.

5. En quinto lugar cuando le pegue al veiculo eran como las cuatro de la tarde y a las nueve de la noche, fue cuando llego el polecia toco la puerta mi hijo Angel le abrio y el oficial se metio para adentro sin pedir permiso ni nada y fue cuando me arresto. Cuando ya habian pasado 5 cinco horas de que habia yo llegado con el carrito go Cart, al apartamento donde me estube tomando 3 tres cervesas que tenia mirando las noticias en la television sentado en el sofa.

6. En sexto lugar el oficial que me arresto yo ya lo conocia de varios anos atras por que en una ocacion yo les gane un juicio a el y a otro companero de el y de alli para aca me llego aparar por cualquier cosa, segun tengo entendido que este oficial creo que se apellide Cervantes anduvo diciendo alli en los apartamentos que ya una vez yo ya mele abia escapado pero que ahora si me iba a fregar.

7. En septimo lugar los papas del nino Jesus no me levantaron cargos porque ellos decian que lo que habia pasado era un desafortunado accidente no intencionado y ellos mismos le decian ala Abogada que hiciera todo lo posible para sacarme que por que yo tenia 4 hijosy hijas que me necesitaban y les asia yo mucha falta y que ademas yo era un hombre de bien y de trabajo resposable de mi familia, que era buen padre de familia.

8. En octabo lugar la Abogada me dijo que mi familia habia recogido mas de 100 cartas de todas las personas que viven en todos los apartamentos, donde ellos declaraban o a testiguaban que yo era un hombre de bien, trabajador y responsable, y un buen Padre de familia hasta Don Roberto el Manager de los apartamentos fue ala Corte se presento ala Corte a testiguar en mi fabor. Diciendole al fiscal y al Juez de que yo era un buen rentero y que yo nunca le abia dado yo problemas y que siempre estaba yo al pendiente de pagar mi renta,y de que nunca me habia mirado tomando cervesa y que ademas era yo un buen padre de familia.

9. En los ocho o nueve mesez que estube en el Condado de Santa Cruz nunca me dieron una oportunidad, de hablar unas palabras con el Juez para yo decirle lo que la Abogada me habia dicho que hiba apasar si me declaraba no Contes,nada mas me mentian dicien dome que ya mas tarde me hiban a dejar hablar con el Juez puras mentiras por que mas tarde llegaba un polecia y me regresaba para la unidad donde estaba, recuerdo que en una ocacion se llego la hora del descanso y la Abogada me dijo que despues del des canso me hiban a dejar hablar con el senor Juez. Enseguida me llebaban para un lugar de espera y estando yo esperando para que me llebaran ante el Jues, llegaba un polecia y mesacaba del cuarto y me llebaba para atras ala unidad al Condado

10. Recuerdo que yo le decia al oficial que todabia no habia terminado mi Corte que tobia y ba yo a entrar para hablar con el senor Juez, pues eso es lo la Abogada me habia prometido y el oficial me decia que ya era todo que ya se habia terminado mi corte y que ya no podia ver al Juez. Lo que pasaba es de que ala Abogada no le con venia que yo hblara con el senor Juez y que yo le contara todo lo que ella me habia dicho tocante a que si me declaraba no Contes ella me hiba a sacar bajo probacion o con un ano de condado.

Despues me mobieron para la prision de San Quintin y el resto ya lo saben nunca me contesto ninguna de mis cartas que le mande, donde le mandaba preguntar como hiba el papeleo tocante ala Apelacion que segun ella hiba a meter y que al final no metio nada por eso no me contesto ninguna de mis cartas.



Estos Carritos que estan en esta foto son higual al Carrito Go Cart en el que andaba pasiando a mis cuatro hijos y hijas y al hamiguito de ellos el nino Jesus en Enero 1 del ano 2003.